## STATEMENT OF FACTS

On November 10, 2010, Metropolitan Police Detective Palchak was acting in an undercover capacity as part of a multi-jurisdictional FBI/MPD Child Exploitation Task Force. Detective Palchak ("UC") was operating out of a satellite office in Washington, DC. On November 10, 2010, the UC entered a predicated social network site, having described himself in his "profile" indicating a sexual desire for taboo sexual activity to include young ( "yng"), and saw a message from the defendant using the screen name "lovebareback493". The message read: "hot profile man, perv here to into all types of sick shit". The defendant indicated that he was into bestiality, young, family and bareback. The defendant stated that he was bisexual and "really want yng b or g" (young boy or girl). The UC responded to the message, via email and instant messenger.

During the course of the conversation, the UC informed the defendant that he had access to a 13 year-old boy. The defendant expressed interest in participating in a "3way" with the boy and the undersigned and explained that he (the defendant) was HIV positive and enjoyed having "bareback" sex (sex without a condom). The UC told the defendant that he resided in Washington, D.C. The defendant told the UC that he resided in Baltimore, Maryland. The defendant agreed to meet the UC at a bar in Washington, D.C. and engage in a brief sexual act with the UC to prove that neither of them was a law enforcement officer. The UC informed the defendant that once the confirmation was complete, the UC and the defendant would walk to the UC's purported apartment and engage in a "3way" with the boy. At one point during the conversation the defendant asked the UC "so you for real man?" The UC responded that he was. The UC told the defendant that he should have plenty of "lube" and the defendant responded, "good, got any poppers?" The purpose of "poppers" is to loosen the sphincter.

On November 10, 2010, at approximately 6:11 p.m. the defendant arrived at the pre-arranged bar in Washington, D.C. Once the defendant arrived, the UC and the defendant had a brief face to face conversation. During that conversation, the defendant confirmed that he wanted to have anal intercourse with the 13 year-old boy. This sexual act, committed by a person more than 4 years older than a child under the age of 16 would constitute a criminal offense under 22 District of Columbia Code Section 3008.

      The defendant was arrested by members of the Child Exploitation Task Force. Upon arrest, the defendant produced an identification with name Calvin Allen and date of birth of xxxxx xx, xxxx. The UC recognized him from his "profile" picture on the predicated website. Officers searched the defendant incident to arrest and found an AmTrak Ticket stub dated November 10, 2010, from Baltimore, Maryland to Washington, D.C.

                                            _____
                                            *DETECTIVE TIMOTHY PALCHAK*
                                            *METROPOLITAN POLICE DEPARTMENT*

*Subscribed and sworn to before me this _____day of November, 2010.*

                                            _____
                                            *U.S. MAGISTRATE JUDGE*